U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 2 2 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(d)(1) |
| **VERSUS** | * | 28 U.S.C. § 2461(c) |
| | * | |
| | * | 2:21-cr-00173-01 |
| **LEQUENTIN WILLIAMS** | * | Judge James D. Cain |
| | | Magistrate Judge Kathleen Kay |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### POSSESSION OF FIREARM AND AMMUNITION BY A CONVICTED FELON
### [18 U.S.C. § 922(g)(1)]

On or about January 15, 2021, in the Western District of Louisiana, the defendant, LEQUENTIN WILLIAMS, after knowing he had previously been convicted in the 1st Judicial District Court, in and for the Parish of Caddo, of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce a firearm and ammunition, namely:

(a) One (1) Glock .45 caliber pistol; and

(b) 12 rounds of .45 caliber ammunition

all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## FORFEITURE ALLEGATION
**[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]**

A.  The allegations contained in Count 1 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)].

B.  As a result of the violations as described in Count 1 of this Indictment and upon his conviction, the defendant, LEQUENTIN WILLIAMS, shall forfeit to the United States any right of ownership or interest that he might have in the firearm as described in Count 1 of the Indictment and set forth below:

(a) One (1) Glock .45 caliber pistol; and

(b) 12 rounds of .45 caliber ammunition

A TRUE BILL

REDACTED
GRAND JURY FOREPERSON

ALEXANDER VAN HOOK
Acting United States Attorney

By: _____
JAMILLA A. BYNOG (Bar No. 32807)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618